## ADA INTAKE QUESTIONNAIRE
## RESPONSES OF GRADY GORDON

1. My medical conditions are as follows: I suffer from severe damage to my rotator cuff of my left shoulder, caused by extreme strain to my rotator cuff. My doctors have attempted to repair my rotator cuff by grinding down the bone in that area. I also suffer from severe damage to my vertebrae and neck, caused by extreme strain to my neck. An MRI showed serious inflamation and several discs which had been pushed out of alignment. MY doctor (Todd K. Volkman, M.D., Orthopaedic neck specialist) was able to push some of the discs back into place, some discs were removed, bone was used to replace some discs, and a metal plate was installed in my neck which is held in place with screws. (See attached x-ray photographs of metal plate in neck). My medical conditions all result from injuries I sustained working as Principal at the Continuous Learning Center ("CLC") while attempting to restrain a student on the campus of CLC who was acting out aggressively and endangering himself and others.

I am experiencing 100% better quality of life since the surgery to my shoulder and neck. However, any activity which involves pulling, lifting, range of motion of my neck and left arm are affected by my medical conditions. Prior to sustaining the injuries which resulted in my medical conditions, I used to be completely independent and very physically active and able. Today, because of my medical conditions, I cannot be physically active with my grandchild, cannot carry a sack of groceries, and cannot remain

seated in a straight-back chair for more than 30 minutes without adjusting and standing. I cannot bend down, for example, to tie my own shoes, because the metal plate in my neck will slide forward and hit my esophagus, causing me to choke and affecting my breathing. I am able to drive my own vehicle, but my ability to drive has been affected by my limited range of motion in my left shoulder and my neck. I am adjusting to driving with these limitations, because I cannot make rotation type motions with my left arm without experiencing pain and I cannot make sharp or quick turns of my neck without experiencing pain.